474

In re MICROVIDEO LEARNING SYSTEMS, INC., Debtor.

Calet, Hirsch & Ferrell, Appellant,

v.

Microvideo Learning Systems, Inc., Appellee.

No. 00–5003.

United States Court of Appeals, Second Circuit.

Argued: June 30, 2000

Decided: Sept. 26, 2000

David M. Hillman, New York, NY, for Appellant.

Scott S. Markowitz, New York, NY, for Appellee.

Before: LEVAL, PARKER, and KATZMANN, Circuit Judges.

PER CURIAM:

We affirm for the reasons stated by the Bankruptcy Court in *In re Microvideo Learning Systems, Inc.*, 232 B.R. 602 (Bankr.S.D.N.Y.1999) (Gallet, *Bankr. J.*).